## IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2362 Disciplinary Docket No. 3 |
| | : |
| J. MICHAEL FARRELL | : Board File No. C1-17-125 |
| | : |
| | : (United States District Court for the District |
| | : of Maryland, Criminal No. RWT-15-0562) |
| | : |
| | : Attorney Registration No. 33803 |
| | : |
| | : (Philadelphia) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of March, 2017, the Joint Petition to Temporarily Suspend an Attorney is granted, J. Michael Farrell is placed on temporary suspension, see Pa.R.D.E. 214(d)(5), and he shall comply with all the provisions of Pa.R.D.E. 217.